UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
-------------------------------------------------------X

| | |
|---|---|
| MARK JANKOWSKI, | Index No.: 19-12553 |
| Plaintiff, | |
| -against- | |
| WINNEBAGO INDUSTRIES, INC., | **NOTICE OF DISMISSAL** |
| Defendant. | |

-------------------------------------------------------X

**WHEREAS**, a Complaint was filed on May 15, 2019, which was served on Defendant Winnebago via its general counsel Scott C. Folkers, Esq., and

**WHEREAS**, Defendant has not filed an Answer, or otherwise filed a responsive pleading or motion; and

**WHEREAS**, the parties have settled the captioned matter which matter may therefore be dismissed, pursuant to Rule 41(a)(1)(A)(i), with prejudice, without costs or fees.

Dated: Hoboken, New Jersey          September 19, 2019

                                            Richard D. DeVita, Esq. (RDD-2190)
                                            1228 Garden Street
                                            Hoboken, New Jersey 07030
                                            (201) 714-7623

*[signature: R. DeVita]*

                                            *Attorneys for Plaintiff*